IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    v.

SYED ASAD ALI

Case No. 15-1027(AMD)

**ORDER**

It is on this 13th day of January, 2016,

ORDERED that the Court will conduct a status conference in the above matter on Thursday, February 25, 2016 at 1:30 p.m. in Courtroom 3B.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE